# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED MAY 24, 2024**

---

**NO. 03-24-00140-CV**

---

**Dedric Dixon, Appellant**

**v.**

**Sylvia Griffith Sanders, Kevin W. Boyd, Albert Jackson, and James Dixon, Appellees**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an attempted appeal from the order signed by the trial court on February 1, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.